**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:96-00047 |
| | ) | JUDGE CAMPBELL |
| ALI ANSARI A/K/A | ) | |
| JEFFREY EUGENE ALLEN | ) | |

## ORDER SUBSTITUTING RESTITUTION RECIPIENT

Judgment was entered as to the above-named defendant, Ali Ansari, on August 26, 1996 (Docket Entry No. 30), wherein restitution in the amount of $10,000.00 was ordered to be paid to First American National Bank. Based upon information provided by the Clerk's Office, it appears that First American National Bank was changed to AmSouth Bank, and AmSouth Bank merged with Union Planters and Regions, and all operate under the name Regions Bank.

Accordingly, the aforementioned Judgment in this case is hereby amended to reflect that the name of the restitution recipient is Regions Bank. The restitution balance of $8,080.00 shall be paid to Regions Bank.

The Court's authority to substitute the victim's name in the judgment is drawn from the All Writs Act (28 U.S.C. §1651 (a)), which expressly authorizes a federal court to issue such orders "as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued in its exercise of jurisdiction otherwise obtained."

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT COURT